Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff, Darren Gresham*

Jeffrey C. Briggs, SBN 100369
jbriggs@jbriggslaw.com
**BRIGGS LAW OFFICE**
3373 Country Home Court,
First Floor
Thousand Oaks, California 91362
Telephone: (323) 461-5400
Facsimile: (323) 908-7275
*Attorneys for Defendant, R. COSTELLA GROUP, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GRESHAM, an individual,<br><br>           Plaintiff,<br>v.<br><br>R. COSTELLA GROUP, INC. d/b/a CA' DEL SOLE, a California corporation; and DOES 1 to 10, inclusive,<br><br>           Defendants. | Case No.: 2:22-cv-03976-GW-E<br><br>*Assigned for all purposes to Hon. George H. Wu*<br><br>**JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>Complaint Filed: June 10, 2022<br>Trial Date:       None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Darren Gresham and Defendant R. Costella Group, Inc. d/b/a Ca' Del Sole, stipulate and jointly request that this Court enter a dismissal of the entire case, including all claims and causes of action, without prejudice in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: January 5, 2023　　　　　　　　**WILSHIRE LAW FIRM, PLC**

　　　　　　　　　　　　　　　　　　*/s/ Binyamin I. Manoucheri*
　　　　　　　　　　　　　　　　　　Thiago M. Coelho, Esq.
　　　　　　　　　　　　　　　　　　Binyamin I. Manoucheri, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: January 5, 2023　　　　　　　　**BRIGGS LAW OFFICE**

　　　　　　　　　　　　　　　　　　*/s/ Jeffrey C. Briggs*
　　　　　　　　　　　　　　　　　　Jeffrey C. Briggs, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2023　　　　　　　　**WILSHIRE LAW FIRM, PLC**

　　　　　　　　　　　　　　　　　　*/s/ Binyamin I. Manoucheri*
　　　　　　　　　　　　　　　　　　Binyamin I. Manoucheri
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*