JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GRESHAM, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>R. COSTELLA GROUP, INC. d/b/a CA' DEL SOLE, a California corporation; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.: CV 22-3976-GW-Ex<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed: June 10, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    Upon due consideration, good cause appearing, the Court DISMISSES this action without prejudice. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

    **IT IS SO ORDERED.**

DATED: January 6, 2023      By: _____
                                          HON. GEORGE H. WU,
                                          United States District Judge

1

ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:22-cv-03976-GW-E